MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
ANDREW R. CAHILL (SBN 233798)
acahill@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
185 Pier Avenue, Suite 103
Santa Monica, CA 90015
Telephone: (310) 396-0964
Facsimile: (310) 396-0963

Attorneys for Plaintiff
Elissa Miller, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SUNG HYUN CHUNG,<br><br>Debtor. | Case No. 2:15−bk−11885-TD<br><br>Chapter 7<br><br>Adv. No.: 2:16−ap−01152-TD<br><br>**DECLARATION OF ELISSA D. MILLER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u>:<br>Date: April 5, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 1345<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012 |
| ELISSA MILLER, solely in her capacity as Chapter 7 bankruptcy trustee,<br><br>Plaintiff,<br><br>v.<br><br>SUNG HYUN CHUNG,<br><br>Defendant. | |

**DECLARATION OF ELISSA D. MILLER**

I, Elissa D. Miller, hereby declare:

1. I am over 18 years of age and, if called upon to do so, I could and would competently testify as to the facts set forth in this declaration based upon my personal, first-hand knowledge. I am the duly-appointed chapter 7 bankruptcy trustee in the above-captioned bankruptcy case. I am also an attorney admitted to practice and in good standing to appear before this Court.

2. On March 8, 2015, the Debtor, Sung Hyun Chung (the "Debtor") appeared before me for his first meeting of creditors pursuant to § 341(a). The Debtor testified that his voluntary petition for relief under chapter 7 of the Bankruptcy Code ("Petition") and his Bankruptcy Schedules and Statement of Financial Affairs (collectively, "Schedules") were true and accurate. He also stated that he had not filed tax returns since 2012.

3. After being questioned by me and other creditors, however, the Debtor admitted that he had additional assets that were not listed on his Schedules. He admitted that he was a shareholder of a restaurant called Novel Café located at 3760 Wilshire Boulevard in Santa Monica (the "Wilshire Novel Café).

4. In response to additional questioning, the Debtor admitted that he had a liquor license for a restaurant and bar named SPOT. He stated that he was the sole owner of SPOT and that the restaurant had closed six months earlier. Pursuant to the Court Order entered on September 24, 2015 [Dkt. No. 71], I sold this liquor license for $65,000.

5. The Debtor also stated that he owned 10% of a second Novel Café located at 1101 Galey Avenue in Westwood (the "Galey Novel Café").

6. The Debtor also stated that he had owned 50% of a restaurant called Maxwell's Café but that he sold it 4 or 5 years earlier for $250,000.

7. On December 8, 2015, I conducted a continued meeting of creditors in this case. Upon further questioning, the Debtor testified that he still owned a 50% interest in the restaurant called Maxwell's Café. He further admitted that the restaurant was being marketed for sale for $300,000.

8. Also at the meeting of creditors on December 8, 2015, the Debtor testified that he no longer owned any interest in the Galey Novel Café or the Wilshire Novel Café. He stated that he actually had sold his interest in the Galey location 7 years earlier, and that a corporation owned the interest in the Wilshire location. The Debtor claimed that he was promised an interest in the Wilshire location but that the owners decided not to give him anything because the restaurant was not performing well.

9. My efforts to obtain additional information and documents commenced at the initial meeting of creditors in March 2015. At that meeting, I instructed the Debtor to produce his bank statements for the year prior to the bankruptcy, and his personal tax returns for the five years prior. I also required him to produce books and records, bank statements, and tax returns for the companies in which he owned an equity interest. The Debtor agreed to provide a list of all restaurants that he opened, his interest or the details about the transfer of his interest, the liquor license information for each, and the lease agreement for each.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 22, 2017 at Los Angeles, California.

Elissa D. Miller

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Lesnick Prince & Pappas LLP, 185 Pier Avenue, Suite 103, Los Angeles, CA 90405

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ELISSA D. MILLER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/22/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven J Barkin** stevenbarkin@gmail.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Elissa Miller (TR)** CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com
- **David L Prince** dlp@redchamber.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/22/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352/Crtrm 1345
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/22/2017 | Matthew A. Lesnick | /s/Matthew A. Lesnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |